IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK JOHNSON**                                                                                          **PLAINTIFF**

v.                                    **Case No. 4:21-cv-00469 KGB**

**O&F LOGISTICS, LLC,** *et al.*                                                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 13). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice without an award of attorneys' fees, expenses, or costs to any party.

It is so ordered this 4th day of May 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge